**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

JUL 18 2017

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MARIE-LOUISE PAUSON, | No. 16-35800 |
| Plaintiff-Appellant, | D.C. No. 3:15-cv-05612-RBL |
| v. | |
| BAYVIEW LOAN SERVICING, LLC, | MEMORANDUM[*] |
| Defendant-Appellee. | |

Appeal from the United States District Court
for the Western District of Washington
Ronald B. Leighton, District Judge, Presiding

Submitted July 11, 2017[**]

Before:    CANBY, KOZINSKI, and HAWKINS, Circuit Judges.

Marie-Louise Pauson appeals pro se from the district court's judgment

dismissing her action alleging a violation of the Truth in Lending Act ("TILA").

We review de novo questions of our own jurisdiction. *Hunt v. Imperial Merchant*

*Servs., Inc.*, 560 F.3d 1137, 1140 (9th Cir. 2009).

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

Because the foreclosure sale of the property has already been completed, we cannot grant the relief Pauson requests and we dismiss the appeal as moot. *See Vegas Diamond Props., LLC v. FDIC*, 669 F.3d 933, 936 (9th Cir. 2012) ("[T]he sale of the real properties prevents this Court from granting the requested relief and accordingly renders this appeal moot."); *Am. Cas. Co. of Reading, Pa. v. Baker*, 22 F.3d 880, 896 (9th Cir. 1994) (a case is moot when there is no longer a present controversy as to which effective relief can be granted).

**DISMISSED.**